[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11527
Non-Argument Calendar

_____

D.C. Docket No. 8:17-cr-00183-MSS-AEP-1

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

BARRY BOOKHART,

Defendant - Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(January 31, 2020)

Before MARTIN, LUCK, and HULL, Circuit Judges.

PER CURIAM:

Robert Godfrey, appointed counsel for Barry Bookhart in this direct criminal appeal, has moved to withdraw from further representation of Bookhart and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bookhart's convictions and sentences are **AFFIRMED**.